IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00174-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN KAMADA,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [ECF No. 55]**

---

Defendant Ryan Kamada has moved for early termination of his term of supervised release. The Government has no objection to the requested relief.

1. The defendant betrayed his oath of office as a District Judge of the 19th District of Colorado by leaking the existence of a drug investigation to help his best friend. ECF No. 14. He pleaded guilty to obstructing proceedings before a department or agency of the United States, ECF No. 13, and was sentenced to one year and one day of imprisonment and two years of supervised release, ECF No. 29.

2. On August 3, 2023 the Defendant filed a *pro se* motion seeking early termination of his two year term of supervised release pursuant to 18 U.S.C. § 3383(e)(1). ECF No. 55. That provision, by its terms, permits termination of supervised release "at any time after the expiration of one year of supervised release" pursuant to the procedures set forth in Federal Rule of Criminal Procedure 32.1. In evaluating this motion, the Court must consider the factors set forth at 18 U.S.C. § 3553(a) and evaluate whether release is in in the "interest of justice." *United*

1

States v. Begay*, 631 F.3d 1168, 1171-72 (10th Cir. 2011).

3. The government has consulted with the Probation Officer assigned to the Defendant's case. The Probation Office has no objection to the Defendant's petition. After independently evaluating the Defendant's case, the government likewise has no objection: early termination is appropriate, based on the § 3553(a) factors and is in the interest of justice. The defendant took responsibility for his crime, served his sentence without incident, and has been in compliance with the terms of supervised release. The defendant's conduct thus demonstrates respect for the law. The defendant's betrayal of his oath of office has led to the end of his legal career and any further opportunities to use it to illegitimately serve his own selfish interests. The defendant's legal career and experience amplifies his understanding of the consequences of his actions and the government has little concern about him committing additional crimes. The defendant's lack of criminal history prior to his offense further reinforces the conclusion that there is no reason to believe that he will not be deterred by the experience of his punishment in this case. Because the defendant served his sentence, and approximately one year of supervised release, without incident, there is also no reason to believe that early termination will somehow undermine deterrence. Allowing the defendant to further his post-conviction integration into society, without interference from the terms of supervised release, is also in the interest of justice.

4. For the reasons set forth above, the government has no objection to the relief requested in the defendant's motion. Because the defendant's motion does not ask for a hearing; because the relief sought is favorable to the defendant; and because the government received notice, had a reasonable opportunity to object, and has no objection, no hearing is necessary on the motion. Fed. R. Crim. P. 32.1.

|  |  |  |  |
|---|---|---|---|
| | COLE FINEGAN<br>United States Attorney | | COREY R. AMUNDSON<br>Chief, Public Integrity Section |
| By: | *s/Bryan David Fields*<br>Bryan David Fields<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1801 California St., Ste. 1600<br>Denver, CO 80202<br>Telephone: 303-454-0200<br>Fax: 303-454-0406<br>E-mail: Bryan.Fields3@usdoj.gov<br>Attorney for Government | By: | s/ *John P. Taddei*<br>John P. Taddei<br>Trial Attorney<br>U.S. Department of Justice<br>Public Integrity Section<br>1301 New York Ave. NW, Ste. 1000<br>Washington, DC 20530<br>Telephone: 202-514-1412<br>Fax: 202-514-3003<br>Email: John.Taddei@usdoj.gov<br>Attorney for Government |

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in this case.

s/ *Bryan David Fields*
BRYAN DAVID FIELDS
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
Bryan.Fields3@usdoj.gov