# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## PROBATION OFFICE



ELIZABETH K. RUSSELL
Chief U.S. Probation Officer

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101
Phone: (303) 844-5424

212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476
Phone: (719) 471-3387

August 16, 2023

KYLA F. HAMILTON
Deputy Chief U.S. Probation Officer

400 Rood Avenue, Room 309
Grand Junction, CO 81501-2520
Phone: (970) 245-5396

La Plata County Courthouse
1060 E. 2nd Avenue, Suite 130
Durango, CO 81301
Phone: (970) 385-1934

RESPOND TO: Denver

Ryan Kamada
409 Whitney Harbor
Windsor, Colorado 80550

Dear Ryan Kamada:

We are happy to inform you that your term of supervised release expired 8/15/2023, and you are hereby discharged from further supervision.

Best wishes for the future.

Sincerely,

*s/ Alejandro Carrillo*
Alejandro Carrillo
U.S. Probation Officer

cc: Clerk's Office

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2023

JEFFREY P. COLWELL
CLERK